UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re: | CASE NO. 23-mc-5021 |
|---|---|
| TIFFANY RECINOS | ORDER |

THIS MATTER is before the Court on pro se plaintiff Tiffany Recinos's motion for leave to proceed *in forma pauperis*, supported by her proposed complaint. Dkt. 3. The proposed complaint was filed in this miscellaneous case under the terms of the Court's Vexatious Litigant Bar Order, Dkt. 1.

Recinos seeks to sue the Western District of Washington, District Court Judges Settle and Estudillo, and the Ninth Circuit, for violating her pursuit of happiness by failing to serve her 43 prior pro se cases. She seeks $3.25 million. The case is frivolous on its face, and is the sort of filing that led to the Bar Order. Recinos's motion for leave to proceed *in forma pauperis* is **DENIED**, and her claims are **DISMISSED without prejudice** and **without leave to amend**.

ORDER - 1

The Clerk shall terminate any other pending motions. No Judgment shall be entered because any future proposed claims will be opened in this case. This Order terminating this proposed action, Dkt. 3, is final and appealable.

**IT IS SO ORDERED**.

Dated this 2nd day of January, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2